IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP - 5 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JORGE G. ALANIZ § | |
| *Plantiff*, § | |
| § | |
| vs. § | CIVIL ACTION NO. B-00-136 |
| § | (JURY) |
| CITY OF PORT ISABEL, TEXAS § | |
| *Defendant*. § | |

## PLAINTIFF'S ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

JORGE G. ALANIZ, Plaintiff, complaining of CITY OF PORT ISABEL, TEXAS, Defendant, avers:

### JURISDICTION AND VENUE

1. Plaintiff invokes the jurisdiction of this Court pursuant to 28 U.S.C. sections 1331, 1337 and 1343(4). Plaintiff also invokes this Court's pendent jurisdiction. This is an action authorized and instituted pursuant to the Fair Labor Standards Act 29 U.S.C. section 215(a)(3) and the common law.

2. The unlawful employment practices alleged in this complaint were committed in the City of Port Isabel, Texas, Cameron County in the Southern District of Texas.

### PARTIES

3. Plaintiff JORGE G. ALANIZ is a citizen of the Unites States of America and resides in the City of Santa Rosa, Cameron County, State of Texas.

4. Plaintiff avers on information and belief that defendant CITY OF PORT ISABEL, TEXAS is an incorporated municipality situated in Cameron County, Texas, and may be served with process herein by serving Pat Marchan, Mayor, at 305 E. Maxan St., Port Isabel, Texas 78578.

## FIRST COUNT

5. Plaintiff was employed as a peace officer by the defendant from April 1988 until September 16, 1998. During Plaintiff's employment with Defendant, Plaintiff filed a complaint with a governmental agency concerning the wage and hour practices of the Defendant. Since the filing of Plaintiff's complaint, Defendant by and through its agents, have subjected Plaintiff to verbal threats and reprisals in the form of wages, performance evaluations, as well as other discriminatory conduct, in retaliation against Plaintiff for having filed said complaint in violation of 29 U.S.C section 215(a)(3). Defendant's retaliation culminated in Plaintiff receiving a notice of termination from Police chief Joel Ochoa on or about the 16th of September 1998.

6. Defendant has acted maliciously or with reckless indifference to Plaintiffs rights under federal law.

7. Plaintiff is entitled to recover from the defendant reasonable attorneys' fees.

WHEREFORE, plaintiff prays that this Court (i) declare that the employment practices complained of in this complaint are unlawful in that they violate 29 U.S.C. section 215(a)(3); (ii) order the defendant to make the Plaintiff whole by awarding him full back pay, back benefits, front pay, front benefits, liquidated damages, and prejudgment interest, all in amounts to be proved at trial; (iii) order the defendant to pay Plaintiffs

costs and expenses and reasonable attorneys' fees and (vi) grant such other and further relief to the plaintiff as the Court deems just and proper.

This 5th day of September, 2000.

Respectfully submitted,

IVAN A. ANDARZA
ANDARZA & DE COSS, P.C.
815 Ridgewood
Brownsville, Texas 78520
Telephone No.: (956) 550-8330
Telecopier No.: (956) 631-5686

By: _____
IVAN A. ANDARZA
State Bar No 00798031
USDC A .No.21085

ATTORNEY FOR PLAINTIFF

**Plaintiff demands a Trial by Jury of all issues triable of Right by a Jury.**

This 5th day of September, 2000.

By: _____
IVAN A. ANDARZA
State Bar No 00798031
USDC A .No.21085

ATTORNEY FOR PLAINTIFF