United States District Court
Southern District of Texas
FILED

OCT 0 5 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JORGE G. ALANIZ              :
                             :
VS.                          :        CIVIL ACTION B-00-136
                             :
CITY OF PORT ISABEL, TEXAS   :

### DEFENDANT'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW **CITY OF PORT ISABEL, TEXAS**, Defendant in the above-styled and numbered cause, and files this Original Answer to Plaintiff's Original Complaint, and would respectfully show the Court as follows:

1. Defendant cannot admit or deny the allegations contained in Paragraph 1 of Plaintiff's Original Complaint.

2. Defendant denies the allegations contained in Paragraph 2 of Plaintiff's Original Complaint.

3. Defendant cannot admit or deny the allegations contained in Paragraph 3 of Plaintiff's Original Complaint.

4. Defendant admits the allegations contained in Paragraph 4 of Plaintiff's Original Complaint.

5. Defendant admits that Plaintiff was employed as a peace officer by Defendant. Defendant cannot admit or deny the allegations contained in the second sentence of Paragraph 5 of Plaintiff's Original Complaint. Defendant denies all other allegations contained in Paragraph 5 of Plaintiff's Original Complaint.

6. Defendant denies the allegations contained in Paragraph 6 of Plaintiff's Original Complaint.

7. Defendant denies the allegations contained in Paragraph 7 of Plaintiff's Original Complaint.

8. Defendant affirmatively states that Plaintiff's claims are barred, in whole or in part, by the expiration of the period limitations.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that it have judgment of this Court, that Plaintiff take nothing by this suit and that Plaintiff's claims be dismissed, with costs taxed against Plaintiff.

Respectfully submitted,

ROERIG, OLIVEIRA & FISHER, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas   78520
(956) 542-5666
(956) 542-0016 FAX

ATTORNEYS FOR DEFENDANT

By: _____
Ricardo Morado
Texas State Bar #14417250
Federal ID #1213

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing ORIGINAL ANSWER has been mailed to:

Ivan A. Andarza
ANDARZA & DE COSS, P.C.
815 Ridgewood
Brownsville, Texas 78520

on this 5th day of October, 2000.

_____
Ricardo Morado

**Defendant's Original Answer - Page 2**
/rm.federal/22026.ans