4

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

NOV 1 5 2000

### ORDER

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JORGE G. ALANIZ | § § | |
| VS. | § | CIVIL ACTION NO. B-00-136 |
| CITY OF PORT ISABEL, TEXAS | § § | |

TYPE OF CASE:   __X__ CIVIL          ____ CRIMINAL

**TAKE NOTICE** that the proceeding in this case has been continued as indicated below:

TYPE OF PROCEEDING:

**INITIAL PRETRIAL CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME PREVIOUSLY SCHEDULED:

**NOVEMBER 16, 2000 AT 1:30 P.M.**

CONTINUED TO DATE AND TIME:

**NOVEMBER 20, 2000 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   NOVEMBER 14, 2000

TO:   MR. IVAN A. ANDARZA
        MR. RICARDO MORADO