United States District Court
Southern District of Texas
FILED

THE HONORABLE JOHN WM. BLACK

NOV 2 0 2000

INITIAL PRETRIAL CONFERENCE

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-00-136

DATE & TIME: _____ 11-20-00 AT 1:30 P.M. _____

JORGE G. ALANIZ

PLAINTIFF(S) _____ IVAN A. ANDARZA _____
COUNSEL

VS.

CITY OF PORT ISABEL, TEXAS

DEFENDANT(S) _____ RICARDO MORADO _____
COUNSEL

-----------------------------------------------------------------------------------------------

Attorneys Ivan Andarza and Ricardo Morado appeared in chambers for the initial pretrial conference.

Scheduling dates were selected. A scheduling order will be sent to all parties.