7

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 2 5 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JORGE G. ALANIZ | : | |
| VS. | : | CIVIL ACTION B-00-136 |
| CITY OF PORT ISABEL, TEXAS | : | |

### UNOPPOSED MOTION TO EXTEND TIME FOR FILING DISPOSITIVE MOTIONS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the City of Port Isabel, Texas, Defendant in this cause, and makes this unopposed motion to extend the time period for filing dispositive motions, and for such would show the Court as follows:

I.

By order dated November 21, 2000, this Court established a discovery deadline of May 18, 2000. The Order further specified that all other motions must be filed no than 10 days after the completion of discovery (by May 28).

II.

Given that the discovery period has closed, movant desires to present the Court with dispositive motions to eliminate same or all of the claims and issues. Movant requests an extension of twenty-one days to file dispositive motions, with the opposing party being afforded the appropriate time to respond in accordance with the Federal Rules of Civil Procedure and the local rules.

Unopposed Motion To Extend Time for Filing Dispositive Motions - Page 1
/motions/22,026

WHEREFORE, PREMISES CONSIDERED, Movant pray that this Court grant this motion and extend the deadline for filing dispositive motions until June 18, 2001.

Respectfully submitted,

ROERIG, OLIVEIRA & FISHER, L.L.P.
855 W. Price, Suite 9
Brownsville, Texas 78520
(210) 542-5666
(210) 542-0016 (Telefax)

By: _____
RICARDO MORADO
Texas State Bar No. 14417250
Federal ID# 1213

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on May 25, 2001, I conferred with opposing counsel on the merits of this motion. Opposing counsel does not oppose this motion.

_____
RICARDO MORADO

Unopposed Motion To Extend Time for Filing Dispositive Motions - Page 2
/motions/22,026

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Motion To Extend Time for Filing Dispositive Motions was forwarded to opposing counsel as follows:

Mr. Ivan Andarza
ANDARZA & DE COSS, P.C.
815 Ridgewood
Brownsville, Texas 78520

Certified Mail Return Receipt Requested# 7106 4575 1294 1175 7309

on this the 25th day of May, 2001.

RICARDO MORADO

Unopposed Motion To Extend Time for Filing Dispositive Motions - Page 3
/motions/22,026

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JORGE G. ALANIZ | : | |
| | : | |
| VS. | : | CIVIL ACTION B-00-136 |
| | : | |
| CITY OF PORT ISABEL, TEXAS | : | |

## ORDER GRANTING UNOPPOSED MOTION AND EXTENDING THE DEADLINE FOR FILING DISPOSITIVE MOTIONS

On this day came on to be considered Defendant's Unopposed Motion To Extend Time For Filing Dispositive Motions and the Court, after due consideration is of the opinion that said Motion should be GRANTED;

IT IS, THEREFORE, ORDERED that this Motion be and the same is hereby GRANTED and that the deadline for filing dispositive motions be extended to June 18, 2001.

SIGNED this _____ day of _____, 2001.

_____
UNITED STATES MAGISTRATE JUDGE