IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JORGE G. ALANIZ | : | |
| | : | |
| VS. | : | CIVIL ACTION B-00-136 |
| | : | |
| CITY OF PORT ISABEL, TEXAS | : | |

### ORDER GRANTING UNOPPOSED MOTION AND EXTENDING THE DEADLINE FOR FILING DISPOSITIVE MOTIONS

On this day came on to be considered Defendant's Unopposed Motion To Extend Time For Filing Dispositive Motions (DOCKET NO 7) and the Court, after due consideration is of the opinion that said Motion should be GRANTED;

IT IS, THEREFORE, ORDERED that this Motion be and the same is hereby GRANTED and that the deadline for filing dispositive motions be extended to June 18, 2001.

SIGNED this 15TH day of JUNE, 2001.

_____
UNITED STATES MAGISTRATE JUDGE

**Order Setting Hearing on Defendants' Motion For Summary Judgment** - Solo Page
/motions/22,026.msj