*11*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

United States District Court
Southern District of Texas
ENTERED

**JUN 2 2 2001**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JORGE G. ALANIZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-136 |
| | § | |
| CITY OF PORT ISABEL, TEXAS | § | |

TYPE OF CASE:     __X__ CIVIL            ____ CRIMINAL

**TAKE NOTICE that the proceeding in this case has been continued as indicated below:**

TYPE OF PROCEEDING:

**FINAL PRETRIAL CONFERENCE**
(THE FINAL PRETRIAL ORDER SHALL BE FILED ON OR BEFORE AUGUST 1, 2001.)

| PLACE: | ROOM NO.: |
|---|---|
| **UNITED STATES FEDERAL COURTHOUSE** <br> **600 E. HARRISON STREET** <br> **BROWNSVILLE, TEXAS** | **SECOND FLOOR COURTROOM, #2** |
| DATE AND TIME PREVIOUSLY SCHEDULED: | CONTINUED TO DATE AND TIME: |
| **JULY 13, 2001 AT 1:30 P.M.** | **AUGUST 1, 2001 AT 2:30 P.M.** |

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   JUNE 21, 2001

TO:   MR. IVAN A. ANDARZA
        MR. RICARDO MORADO