**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

**JUL 2 5 2001**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JORGE G. ALANIZ, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-136 |
| | § | |
| CITY OF PORT ISABEL, TEXAS, | § | |
| Defendant. | § | |

**ORDER**

This Court anticipates a hearing on Defendant's Motion for Summary Judgement (Docket No. 9) to be held on the 27th day of July, 2001. In preparation for said hearing, this Court ORDERS:

1. Defendant should file any and all evidence in support of Defendant's allegations in said Motion for Summary Judgement, and

2. Plaintiff should be prepared to present evidence contrary to Defendant's Motion for Summary Judgement.

IT IS SO ORDERED.

SIGNED this the 25 day of July, 2001, in Brownsville, Texas.

Filemon B. Vela
United States District Judge