15

# COURT MINUTES

HONORABLE   Filemon B. Vela   JUDGE PRESIDING

COURTROOM CLERK Lourdes Mardis

COURT REPORTER Bill Holloway    LAW CLERK  Frank Wood

COURT INTERPRETER: None Needed

DATE:  **July 27, 2001**          TIME:   8:30 a.m.

United States District Court
Southern District of Texas
FILED
JUL 27 2001
Michael N. Milby
Clerk of Court

*****************************************************************

Civil Action No.  B-00-136

JORGE G. ALANIZ                              Ivan A. Andarza

vs

CITY OF PORT ISABEL                          Ricardo Morado

-----------------------------------------------------------------

Case called for Final Pretrial. Both sides present. Court denied Defendant's Motion for Summary Judgment. Case set for Jury Selection on August 3, 2001 at 9:00 a.m., with announcements at 8:30 a.m.