

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

AUG 02 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JORGE G. ALANIZ | § § | |
| VS. | § | CIVIL ACTION NO. B-00-136 |
| CITY OF PORT ISABEL, TEXAS | § § | |

TYPE OF CASE:  __X__ CIVIL     ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**TRIAL IS SET FOR AUGUST 16, 2001 AT 9:00 A.M. BEFORE MAGISTRATE JUDGE JOHN WM. BLACK**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   AUGUST 2, 2001

TO:     MR. IVAN A. ANDARZA
        MR. RICARDO MORADO