19

United States District Court
Southern District of Texas
FILED

AUG 0 3 2001

Michael N. Milby
Clerk of Court

# COURT MINUTES

HONORABLE Filemon B. Vela JUDGE PRESIDING

COURTROOM CLERK Lourdes Mardis

COURT REPORTER Bill Holloway    LAW CLERK Frank Wood

COURT INTERPRETER: None Needed

DATE: August 3, 2001    TIME: 8:30 a.m. - 12:20 a.m.

************************************************************

Civil Action No. B-00-136

JORGE G. ALANIZ    Ivan A. Andarza

vs

CITY OF PORT ISABEL    Ricardo Morado

-----------------------------------------------------------

Case called & both sides announced ready to proceed with Jury Selection. Jury Panel was qualified by Judge Filemon B. Vela and immediately thereafter Jury selection was held. After Jury was selected the same was excused until August 16, 2001 at 9:00 a.m. at which time trial will begin before Magistrate Judge John W. Black.