```
                                            United States District Court
                                            Southern District of Texas
                                                    FILED

        IN THE UNITED STATES DISTRICT COURT        AUG 0 3 2001
        FOR THE SOUTHERN DISTRICT OF TEXAS
                 BROWNSVILLE DIVISION              Michael N. Milby
                                                   Clerk of Court
```

| | | |
|---|---|---|
| JORGE G. ALANIZ | § | |
|     Plaintiff, | § | |
| | § | C.A. NO. B-00-136 |
| VS. | § | |
| | § | |
| CITY OF PORT ISABEL, TEXAS, | § | |
|     Defendant. | § | |

### PROPOSED CHARGE QUESTION NOT AGREED TO IN JOINT PRETRIAL ORDER

To The Honorable Judge of Said Court:

    The following question, proposed by Plaintiff, was not agreed to by Counsel for the Defense:

    Question No. 3

    What is a reasonable fee for the necessary services of Jorge G. Alaniz's attorney in this case, stated in dollars and cents?

Answer with an amount for each of the following:

    a)    For reparation and trial.

Answer: _____

    b)    For an appeal to the Court of Appeals.

Answer: _____

    c)    For an appeal to the United States Supreme Court.

Answer: _____

    Plaintiff moves the Court to include question 3 as part of the proposed charge.

Respectfully submitted,

IVAN A. ANDARZA
ANDARZA & DE COSS, P.C.
State Bar No. 00798031
USDC Adm. No. 21085
1718 Boca Chica
Brownsville, TX 78520
Tel. (956) 550-8330
Fax (956) 982-1909

By: _____
IVAN A. ANDARZA

ATTORNEY FOR
PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this the 3th day of August 2001, I forwarded a copy of the forgoing by hand delivery to the following:

Ricardo Morado
**Roerig, Oliveira & Fisher, L.L.P.**
855 W. Price, Suite 9
Brownsville, TX 78520
Telephone (956) 542-5666
Facsimile   (956) 542-0016

_____
Ivan A. Andarza