2-1

United States District Court
Southern District of Texas
FILED

AUG 03 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JORGE G. ALANIZ | : | |
| VS. | : | CIVIL ACTION B-00-136 |
| CITY OF PORT ISABEL, TEXAS | : | |

### DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, the City of Port Isabel, Texas, Defendants in the above styled and numbered cause, and submits the following questions to be posed to the jury panel during voir dire.

### VOIR DIRE QUESTIONS

1. Does anyone know Jorge G. Alaniz?

    If so, what is the nature of your relationship or acquaintance with Jorge G. Alaniz?

    When making your decisions in this case, will you be able to treat him just like you would a complete stranger?

2. Has anyone been terminated from any job? If so, when did that occur? Will your own feelings or resentment, if any, about your termination interfere with your ability to be absolutely fair and impartial in this case? Will you be able to be completely fair to the City of Port Isabel knowing that the city fired Jorge Alaniz?

3. In this case, Plaintiff claims that he was fired by the City of Port Isabel in retaliation because he filed a claim with the U.S. Department of Labor for unpaid overtime wages. If at the conclusion of the evidence you believe that the Plaintiff was fired for any other reason, even though you may believe that the Defendant's decision was harsh or unreasonable, will you return a verdict for the Defendant and against the Plaintiff?

Page 1

4. By now you know that the Defendant is the City of Port Isabel, a municipal corporation. A corporation and all other persons are equal before the law and must be treated as equals in a court of justice. Will you treat Jorge Alaniz and the City of Port Isabel as equals in this court when you are asked to make a decision?

        Respectfully submitted,

        **ROERIG, OLIVEIRA & FISHER, L.L.P.**
        855 W. Price Road, Suite 9
        Brownsville, Texas  78520
        (210) 542-5666
        (210) 542-0016 (FAX)

        ATTORNEYS FOR DEFENDANTS

By: _____
        Ricardo Morado
        State Bar #14417250
        Federal #1213

## CERTIFICATE OF SERVICE

I, Ricardo Morado, hereby certify that a true and correct copy of the foregoing pleading has been hand-delivered to Mr. Ivan Andarza this 2nd day of August, 2001.

_____
Ricardo Morado

Page 2