AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

United States District Court
Southern District of Texas
FILED
AUG 03 2001
Michael N. Milby
Clerk of Court

DISTRICT OF ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

JORGE G. ALANIZ, PLAINTIFF
V.
CITY OF PORT ISABEL, TEXAS    DEFENDANT

EXHIBIT AND WITNESS LIST

CASE NUMBER: B-00-136

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY IVAN A. ANARZA | DEFENDANT'S ATTORNEY |
|---|---|---|
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | August 8, 1997 Letter from U.S. Dept. of Labor |
| 2 | | | | | Employee Evaluation of Alaniz from July 9, 1998 |
| 3 | | | | | Audio Tapes of Hearing Before City Manager |
| 4 | | | | | Inter Office memo to Chief Ochoa Oct. 10, 1998 re: overti... |
| 5 | | | | | Personnel and Policy Procedure Manual |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

Jul 26 2001 14:25   Fax:9565482593;   USDC Clerk's Office   P.01