IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 03 2001

Michael N. Milby
Clerk of Court

JORGE G. ALANIZ :

VS. : CIVIL ACTION B-00-136

CITY OF PORT ISABEL, TEXAS :

August 1, 2001

| EXHIBIT LIST OF DEFENDANT | | | | ATTORNEY: RICARDO MORADO |
|---|---|---|---|---|
| EX. NO. | OFFERED | MARKED | ADMITTED | DESCRIPTION |
| 1. | | | | Letter dated July 24, 1997 from P.A. Collazo to Jorge Alaniz. |
| 2. | | | | Letter dated July 24, 1997 from P.A. Collazo to Danny Marchan. |
| 3. | | | | Letter dated July 27, 1997 from P.A. Collazo to Horacio Zamora. |
| 4. | | | | Letter dated October 31, 1997 from P.A. Collazo to CMDR Jorge Alaniz. |
| 5. | | | | Letter dated November 3, 1997 from Joel Ochoa to Horacio Zamora. |
| 6. | | | | Letter dated September 16, 1998 from Joel Ochoa to Jorge Alaniz. |
| 7. | | | | Letter dated September 3, 1998 from Chief Joel Ochoa to Jorge Alaniz. |
| 8. | | | | Memorandum dated September 3, 1998 from Chief Joel Ochoa to Sergeant Pedro Collazo. |
| 9. | | | | Letter dated October 19, 1998 from Patrick H. Marchan to Mr. Jorge Alaniz. |
| 10. | | | | Receipt and Release for payment of back wages signed by Jorge Alaniz. |

| EX. NO. | OFFERED | MARKED | ADMITTED | | DESCRIPTION |
|---|---|---|---|---|---|
| **EXHIBIT LIST OF DEFENDANT** | | | | | **ATTORNEY: RICARDO MORADO** |
| 11. | | | | | Receipt and Release for payment of back wages signed by Jose Barrios. |
| 12. | | | | | Receipt and Release for payment of back wages signed by Pete Collazo. |
| 13. | | | | | Receipt and Release for payment of back wages signed by Gregorio Cruz. |
| 14. | | | | | Receipt and Release for payment of back wages signed by Manuel Cruz. |
| 15. | | | | | Receipt and Release for payment of back wages signed by Javier Gutierrez. |
| 16. | | | | | Receipt and Release for payment of back wages signed by Delvin Hatley. |
| 17. | | | | | Receipt and Release for payment of back wages signed by Juan Hinojosa. |
| 18. | | | | | Receipt and Release for payment of back wages signed by Michael Longoria. |
| 19. | | | | | Receipt and Release for payment of back wages signed by Adan Lopez. |
| 20. | | | | | Receipt and Release for payment of back wages signed by Danny Marchan. |
| 21. | | | | | Receipt and Release for payment of back wages signed by Jorge Morin. |
| 22. | | | | | Receipt and Release for payment of back wages signed by Omar Olguin. |
| 23. | | | | | Receipt and Release for payment of back wages signed by Cornelio Renteria. |
| 24. | | | | | Receipt and Release for payment of back wages signed by Felix Rodriguez. |
| 25. | | | | | Receipt and Release for payment of back wages signed by Jaime Rodriguez. |

| EX. NO. | OFFERED | MARKED | ADMITTED | | DESCRIPTION |
|---|---|---|---|---|---|
| | | | | | **EXHIBIT LIST OF DEFENDANT** — **ATTORNEY: RICARDO MORADO** |
| 26. | | | | | Receipt and Release for payment of back wages signed by Tomas Salazar. |
| 27. | | | | | Receipt and Release for payment of back wages signed by Martin Salivas. |
| 28. | | | | | Receipt and Release for payment of back wages signed by Robert Streif. |
| 29. | | | | | Receipt and Release for payment of back wages signed by Emilio Vasquez. |
| 30. | | | | | Receipt and Release for payment of back wages signed by Steve Weston. |
| 31. | | | | | Receipt and Release for payment of back wages signed by Horacio Zamora. |
| 32. | | | | | Investigative file and statement of Tomas Salazar. |
| 33. | | | | | Investigative file and statement of Juan Manuel Ayala. |
| 34. | | | | | Investigative file and statement of Homer Reyna. |
| 35. | | | | | Investigative file and statement of Ronald Moore. |
| 36. | | | | | Investigative file and statement of Delvin Hatley. |
| 37. | | | | | Investigative file and statement of Juventino Puente. |
| 38. | | | | | Investigative file and statement of David Gorham. |
| 39. | | | | | Capias Pro Fine issued on Sonia Sanchez. |
| 40. | | | | | File note dated October 2, 1997 regarding wage claim. |