22020
25

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 0 3 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JORGE G. ALANIZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-136 |
| | § | |
| CITY OF PORT ISABEL, TEXAS | § | |

### CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| _[signature]_ | Jorge G. Alaniz | 8-1-01 |
| Ivan A. Andarza | | |
| _[signature]_ | City of Port Isabel | 8-1-01 |
| Ricardo Morado | | |

### ORDER OF TRANSFER

This case is transferred to United States Magistrate Judge

John Wm. Black

to conduct all further proceedings, including final judgment.

August 3, 2001
Date

_[signature]_
Filemon B. Vela
United States District Judge

**NOTE:** RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY** IF ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.