United States District Court
Southern District of Texas
FILED

AUG 0 3 2001

Michael N. Milby, Clerk of Court

JURORS Selected on __AUGUST 3, 2001__        Case # ____B-00-136____

Case Style ____ALANIZ VS. CITY OF PORT ISABEL____

Jury Trial Date __AUGUST 16, 2001__

Judge ____JOHN W. BLACK____        Time ____9:00 A.M.____

JUROR'S NAMES:

1. MARTHA GUTIERREZ

2. GLORIA A. FLORES

3. CELIA DE LARA

4. MAXIMO A. SALAZAR

5. SOCORRO RODRIGUEZ

6. MANUEL NAVARRO

7. ELVIRA MARTINEZ

8. GABRIEL L. GARZA