27

United States District Court
Southern District of Texas
FILED

AUG 1 5 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JORGE G. ALANIZ | § | |
| Plaintiff, | § | |
| | § | C.A. NO. B-00-136 |
| VS. | § | |
| | § | |
| CITY OF PORT ISABEL, TEXAS, | § | |
| Defendant, | § | |

### WRITTEN OBJECTIONS TO DEFENDANT'S EXHIBITS PURSUANT TO LOCAL RULE

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Local Rules Plaintiff hereby submits written objections to the following attached exhibits:

1. Plaintiff objects to Defendant's exhibit No. 1 as it contains inadmissible hearsay.
2. Plaintiff objects to Defendant's exhibit No. 2 as it contains inadmissible hearsay.
3. Plaintiff objects to Defendant's exhibit No. 3 as it contains inadmissible hearsay.
4. Plaintiff objects to Defendant's exhibit No. 4 as it contains inadmissible hearsay.
5. Plaintiff objects to Defendant's exhibit No. 5 as it contains inadmissible hearsay.
6. Plaintiff objects to Defendant's exhibit No. 6 as it contains inadmissible hearsay.
7. Plaintiff objects to Defendant's exhibit No. 7 as it contains inadmissible hearsay.
8. Plaintiff objects to Defendant's exhibit No. 8 as it contains inadmissible hearsay.
9. Plaintiff objects to Defendant's exhibit No. 9 as it contains inadmissible hearsay.
10. Plaintiff objects to Defendant's exhibit No. 10 as it contains inadmissible hearsay.
11. Plaintiff objects to Defendant's exhibit No. 11 as it contains inadmissible hearsay.
12. Plaintiff objects to Defendant's exhibit No. 12 as it contains inadmissible hearsay.
13. Plaintiff objects to Defendant's exhibit No. 13 as it contains inadmissible hearsay.

14. Plaintiff objects to Defendant's exhibit No. 14 as it contains inadmissible hearsay.
15. Plaintiff objects to Defendant's exhibit No. 15 as it contains inadmissible hearsay.
16. Plaintiff objects to Defendant's exhibit No. 16 as it contains inadmissible hearsay.
17. Plaintiff objects to Defendant's exhibit No. 17 as it contains inadmissible hearsay.
18. Plaintiff objects to Defendant's exhibit No. 18 as it contains inadmissible hearsay.
19. Plaintiff objects to Defendant's exhibit No. 19 as it contains inadmissible hearsay.
20. Plaintiff objects to Defendant's exhibit No. 20 as it contains inadmissible hearsay.
21. Plaintiff objects to Defendant's exhibit No. 21 as it contains inadmissible hearsay.
22. Plaintiff objects to Defendant's exhibit No. 22 as it contains inadmissible hearsay.
23. Plaintiff objects to Defendant's exhibit No. 23 as it contains inadmissible hearsay.
24. Plaintiff objects to Defendant's exhibit No 24 as it contains inadmissible hearsay.
25. Plaintiff objects to Defendant's exhibit No. 25 as it contains inadmissible hearsay.
26. Plaintiff objects to Defendant's exhibit No. 26 as it contains inadmissible hearsay.
27. Plaintiff objects to Defendant's exhibit No. 27 as it contains inadmissible hearsay.
28. Plaintiff objects to Defendant's exhibit No. 28 as it contains inadmissible hearsay.
29. Plaintiff objects to Defendant's exhibit No. 29 as it contains inadmissible hearsay.
30. Plaintiff objects to Defendant's exhibit No. 30 as it contains inadmissible hearsay.
31. Plaintiff objects to Defendant's exhibit No. 31 as it contains inadmissible hearsay.
32. Plaintiff objects to Defendant's exhibit No. 32 as it contains inadmissible hearsay.
33. Plaintiff objects to Defendant's exhibit No. 33 as it contains inadmissible hearsay.
34. Plaintiff objects to Defendant's exhibit No. 34 as it contains inadmissible hearsay.
35. Plaintiff objects to Defendant's exhibit No. 35 as it contains inadmissible hearsay.
36 Plaintiff objects to Defendant's exhibit No. 36 as it contains inadmissible hearsay.

37. Plaintiff objects to Defendant's exhibit No. 37 as it contains inadmissible hearsay.
38. Plaintiff objects to Defendant's exhibit No. 38 as it contains inadmissible hearsay.
39. Plaintiff objects to Defendant's exhibit No. 39 as it contains inadmissible hearsay.
40. Plaintiff objects to Defendant's exhibit No. 40 as it contains inadmissible hearsay.

All exhibits are attached and incorporated hereto.

*Aug 15, 2001*

Respectfully Submitted,

Ivan A. Andarza, Fed. No.
**Andarza & De Coss, P.C.**
1718 Boca Chica Blvd.
Brownsville, TX 78520
Telephone (956) 550-8330
Facsimile (956) 982-1909

### Certificate of Conference

I hereby certify that on the 15th day of August, 2001, I conferred via telephone with Mr. Ricardo Morado, attorney for Defendant, concerning the admissibility of his proposed exhibits. We could not reach an agreement as to the admissibility of those exhibits making it necessary to file these objections.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Written Objections to Defendant's Exhibits was served on the attorney of record via fax in accordance with the Texas Rules of Civil Procedure on this the 15th day of August, 2001.

Ivan A. Andarza