28

United States District Court
Southern District of Texas
FILED

# THE HONORABLE JOHN WM. BLACK

## TRIAL MINUTES

AUG 1 6 2001

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. **B-00-136**          DATE & TIME: **08-16-01 AT 9:00 A.M.**

**JORGE G. ALANIZ**                    PLAINTIFF(S)      **IVAN ANDARZA**
                                       COUNSEL

VS.

**CITY OF PORT ISABEL, TEXAS**         DEFENDANT(S)     **RICARDO MORADO**
                                       COUNSEL

---

CSO: Ruben Salinas/Tony Yanez
ERO: Gabriel Mendieta

    Attorneys Ivan Andarza and Ricardo Morado appeared in chambers to report that this case has been settled.

    The Judge announced to the jury that the case has been settled. The jury was released at 9:10 a.m.

ClibPDF - www.fastio.com