29

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

AUG 1 7 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JORGE G. ALANIZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-136 |
| | § | |
| CITY OF PORT ISABEL, TEXAS | § | |

TYPE OF CASE:     __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**STATUS CONFERENCE**
**(WILL NOT BE NECESSARY IF ALL SETTLEMENT DOCUMENTS HAVE BEEN FILED)**

PLACE:                                                                 ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**           **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                                     DATE AND TIME:

**SEPTEMBER 27, 2001 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   AUGUST 16, 2001

TO:   MR. IVAN A. ANDARZA
       MR. RICARDO MORADO