30

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 0 2001

Michael N. Milby
Clerk of Court

JORGE G. ALANIZ            :
                           :
VS.                        :   CIVIL ACTION B-00-136
                           :
CITY OF PORT ISABEL, TEXAS :

## AGREED MOTION TO DISMISS

**TO THE HONORABLE JUDGE OF SAID COURT:**

Plaintiff, **JORGE G. ALANIZ,** and Defendant the **CITY OF PORT ISABEL,** inform the Court that all matters at issue between Plaintiff and said Defendant have been settled.

The parties request that the Court dismiss this cause of action, with prejudice, with the costs of court to be borne by the party incurring the same.

Respectfully submitted,

**ANDARZA & DECOSS, P.C.**
1718 Boca Chica Blvd.
Brownsville, Texas 78521

*Attorney for Plaintiff*

By: _____
Ivan Andarza
State Bar No. 00798031
Federal # 1213

**ROERIG, OLIVEIRA, & FISHER, L.L.P.**
855 W. Price Road, Suite 9
Brownsville, Texas 78520
Telephone: (956) 542-5666
Telecopier: (956) 542-0016

*Counsel for Defendant*

By: _____
Ricardo Morado
State Bar #14417250

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certifies that a true and correct copy of the foregoing *Agreed Motion to Dismiss* has been served upon counsel of record by Certified Mail, Return Receipt Requested, on this 10th day of September, 2001, to wit:

**IVAN ANDARZA**
**ANDARZA & DECOSS, P.C.**
1718 Boca Chica Blvd.
Brownsville, Texas 78521

_____
Ricardo Morado

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| JORGE G. ALANIZ | : |
| VS. | : CIVIL ACTION B-00-136 |
| CITY OF PORT ISABEL, TEXAS | : |

## ORDER OF DISMISSAL

On the ____ day of _____, 2001, came on for consideration the Parties' Agreed Motion to Dismiss, and it appearing to the Court that all matters in controversy between Plaintiff **JORGE G. ALANIZ** and Defendant the **CITY OF PORT ISABEL** have compromised and settled, and no further dispute exists between them, the Court finds that said cause and all claims, actions, and causes of action asserted by Plaintiff against Defendant in said cause should be dismissed with prejudice.

**IT IS THEREFORE ORDERED, ADJUDGED and DECREED** by the Court that all claims, actions and causes of action asserted by Plaintiff against Defendant in this cause be, and they are hereby dismissed with prejudice as to Plaintiff's right to refile the same.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** by the Court that costs of court be borne by the party incurring the same.

**DONE** this _____ day of _____, 2001.

_____
**UNITED STATES DISTRICT JUDGE**

AGREED TO AND APPROVED
AS TO FORM AND SUBSTANCE:

**ANDARZA & DECOSS, P.C.**
1718 Boca Chica Blvd.
Brownsville, Texas 78521

*Attorneys for Plaintiff*

By: _____
Ivan Andarza
State Bar No. 00798031


**ROERIG, OLIVEIRA, & FISHER, L.L.P.**
855 W. Price Road, Suite 9
Brownsville, Texas 78520
Telephone: (956) 542-5666
Telecopier: (956) 542-0016

*Attorneys for Defendant*

By: _____
Ricardo Morado
State Bar #14417250