31

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 2 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

JORGE G. ALANIZ                          :

VS.                                      :          CIVIL ACTION B-00-136

CITY OF PORT ISABEL, TEXAS               :

---

### ORDER OF DISMISSAL

---

On the _12TH_ day of _SEPTEMBER_ 2001, came on for consideration the Parties'

Agreed Motion to Dismiss, and it appearing to the Court that all matters in controversy

between Plaintiff **JORGE G. ALANIZ** and Defendant the **CITY OF PORT ISABEL** have

compromised and settled, and no further dispute exists between them, the Court finds that

said cause and all claims, actions, and causes of action asserted by Plaintiff against

Defendant in said cause should be dismissed with prejudice.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED by the Court that all

claims, actions and causes of action asserted by Plaintiff against Defendant in this cause

be, and they are hereby dismissed with prejudice as to Plaintiff's right to refile the same.

IT IS FURTHER ORDERED, ADJUDGED and DECREED by the Court that costs

of court be borne by the party incurring the same.

DONE this _12RD_ day of _SEPTEMBER_, 2001, _AT BROWNSVILLE, TEXAS._

UNITED STATES ~~DISTRICT~~ JUDGE
_MAGISTRATE_